Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-7138

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | qaoerde Official Store | 2 | Ayeena 3C Store |
| 3 | Golden Wave Fashion Store(custom tee shirt) | 4 | Wal-Mart StoreI |
| 5 | iPhone-case Store | 6 | Elife City Store |
| 7 | Dylancase Store Store | 8 | Shop2901090 Store |
| 9 | ALCUBIEREE Official Store | 10 | MGoodbaby Store |
| 11 | Sialia Store | 12 | kjstyrka Store |
| 13 | Go Jewel Store | 14 | Shop4701100 Store |
| 15 | Monilasu Store | 16 | Shop4987180 Store |
| 17 | Siling2016 Store | 18 | Shop5017200 Store |
| 19 | CarKeyBag Store | 20 | Shop5066140 Store |
| 21 | Jensice Store | 22 | LION SCREAM SPORTING OUTDOOR Store |
| 23 | Carmotors Store | 24 | NIKOUDE Store |
| 25 | S-Running Store | 26 | Shop5372132 Store |
| 27 | BONJEAN Specialty Store | 28 | Menglian Store |
| 29 | Xingmengya Store | 30 | Sportmaster Store |
| 31 | Shop5600233 Store | 32 | Landflying Store |
| 33 | little jewellery Store | 34 | JS TOY Store |
| 35 | HEMNES second Store | 36 | Shop5779187 |
| 37 | 17wonderland Store | 38 | Siteweie's Store |
| 39 | Shop5794172 Store | 40 | Temptation sexy Store |
| 41 | Shop5797525 Store | 42 | ZD02 Store |
| 43 | Shop5870634 Store | 44 | LATIAO Store |
| 45 | Refuse to discriminate Store | 46 | Shop5883585 Store |
| 47 | Shop5885265 Store | 48 | Shop5889614 Store |
| 49 | Shop5890454 Store | 50 | Shop5890678 Store |
| 51 | Shop5890986 Store | 52 | Shop5892096 Store |
| 53 | Li Guanting Store | 54 | Clauren Store |
| 55 | Shop5960051 Store | 56 | Stylish Sneakers Store |
| 57 | Xin257 Store | 58 | LewisYuan Store |
| 59 | Sporting Lifestyle Store | 60 | MilShopStore Store |
| 61 | Trend H discount Store | 62 | Shop900253297 Store |
| 63 | Sneakers2 Store | 64 | Shop910318299 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | Shop910340225 Store | 66 | Shop910341023 Store |
| 67 | Shop910341188 Store | 68 | Shop910347100 Store |
| 69 | Shop910349112 Store | 70 | Shop910349313 Store |
| 71 | Shop910353050 Store | 72 | Shop910353288 Store |
| 73 | 8888888888888888888888888888888888888888888888888888888888 Store | 74 | Shop910355245 Store |
| 75 | Shop910359416 Store | 76 | Shop910362083 Store |
| 77 | 911. Store | 78 | Shop910364393 Store |
| 79 | Shop910372313 Store | 80 | Shop910437146 Store |
| 81 | Shop910437162 Store | 82 | Shop910438110 Store |
| 83 | Brilliance suit field selection store Store | 84 | Shop910440124 Store |
| 85 | Shop910440145 Store | 86 | Shop910440253 Store |
| 87 | Shop910442281 Store | 88 | Shop910443133 Store |
| 89 | Kely Store | 90 | Shop910449057 Store |
| 91 | Shop910451139 Store | 92 | Yangteng Sportswear Store |
| 93 | Shop910453290 Store | 94 | Shop910458060 Store |
| 95 | Shop910458111 Store | 96 | HEMNES third Store |
| 97 | Shop910544032 Store | 98 | Shop910545068 Store |
| 99 | Shop910547070 Store | 100 | Shop910547334 Store |
| 101 | chenyang apparel Store | 102 | Shop910552249 Store |
| 103 | Shop910552398 Store | 104 | moito Sporting goods Store |
| 105 | Shop910559050 Store | 106 | Shop910559113 Store |
| 107 | Shop910560364 Store | 108 | Shop910561259 Store |
| 109 | Shop910562377 Store | 110 | Shop910564282 Store |
| 111 | Shop910564294 Store | 112 | Shop910566334 Store |
| 113 | Shop910640002 Store | 114 | Shop910640012 Store |
| 115 | Shop910643048 Store | 116 | Shop910652026 Store |
| 117 | Shop910656001 Store | 118 | Shop910661002 Store |
| 119 | Shop910671029 Store | 120 | Shop910679005 Store |
| 121 | Shop910682016 Store | 122 | Shop910699020 Store |
| 123 | Shop910713101 Store | 124 | Shop910715014 Store |
| 125 | Shop910715083 Store | 126 | Shop910723059 Store |
| 127 | Shop910725135 Store | 128 | Casual XU Store |
| 129 | Shop910731139 Store | 130 | Shop910741143 Store |
| 131 | Shop910743088 Store | 132 | EsEr Store |
| 133 | Shop910748169 Store | 134 | andrezx |
| 135 | wanglinminUS | 136 | ManhCuongSKT |
| 137 | See the sun and say good night | 138 | tongchuanshiyaozhouqudongjiaxiubaihuodian |
| 139 | Loirtlluy-US | 140 | pengxijunrongjixiezulinyouxiangongsi |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 141 | Ankaiqufbv | 142 | Romantico |
| 143 | Legacy Innovations | 144 | Trendy outdoor |
| 145 | ruichengxiankairuibaihuodian | 146 | huakeshangmao |
| 147 | jiaozhoushishanchashuxiatengjiaomalatangdian | 148 | zhanghuagongsi |
| 149 | xulh | 150 | HongKongHouse |
| 151 | XiehebackbagsStore | 152 | The summer of Ji Youran |
| 153 | Madlor | 154 | wnx546 |
| 155 | Venkey Pants | 156 | yifanguss |
| 157 | rongjingjing | 158 | Sckou bonaner tocoler |
| 159 | pengfeichen | 160 | Queen duck hamen lanchizy |
| 161 | XIUYING YANG PUDEPU FATION WOMAN SHOES SHOP | 162 | zhenqiuyupao |
| 163 | zhangliduo hgj8 | 164 | zhangjuna |
| 165 | oriey789 | 166 | yucuifang |
| 167 | sdoirmjr | 168 | yufeile |
| 169 | Telabeen Salen Francen | 170 | Zizisunny Toys |
| 171 | shenshuhong | 172 | wuhuoxiaoning |
| 173 | zhangleilei163 | 174 | siuekjjknfe |
| 175 | zhangna163 | 176 | zhangfengaq |
| 177 | Simissy Shirts | 178 | wangyuxi5646 |
| 179 | qijwiouoi | 180 | yujiaxiaopuzi |
| 181 | ytuyyyu | 182 | zhengxingjin |
| 183 | mishitianshi | 184 | Jane Bauersach |
| 185 | The Top Football Shop | 186 | shelbyyya |
| 187 | Rachelaaee | 188 | Theresaaaee |
| 189 | Marcaaee | 190 | Premiumtees |
| 191 | yanxy | 192 | teesouls |
| 193 | Lynn Fischerr | 194 | RevaLand8989 |
| 195 | Troylowdussy | 196 | Risa Onooo |
| 197 | MEDEL,SHANE LIN | 198 | William Breckenridge |
| 199 | Stephen Rosenborg | 200 | MARTIN,AUSTIN APCAR |
| 201 | ronalddale | 202 | Walnutshark |
| 203 | Natapong | 204 | ttatreetPla |
| 205 | ropamarca_988 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/3568018 | 2 | aliexpress.com/store/3864026 |
| 3 | aliexpress.com/store/1211255 | 4 | aliexpress.com/store/1357138 |
| 5 | aliexpress.com/store/1439026 | 6 | aliexpress.com/store/2134079 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 7 | aliexpress.com/store/2704001 | 8 | aliexpress.com/store/2901090 |
| 9 | aliexpress.com/store/3866075 | 10 | aliexpress.com/store/4031063 |
| 11 | aliexpress.com/store/4279015 | 12 | aliexpress.com/store/4424018 |
| 13 | aliexpress.com/store/4660166 | 14 | aliexpress.com/store/4701100 |
| 15 | aliexpress.com/store/4819007 | 16 | aliexpress.com/store/4987180 |
| 17 | aliexpress.com/store/5014107 | 18 | aliexpress.com/store/5017200 |
| 19 | aliexpress.com/store/5046196 | 20 | aliexpress.com/store/5066140 |
| 21 | aliexpress.com/store/5123014 | 22 | aliexpress.com/store/5241121 |
| 23 | aliexpress.com/store/5255041 | 24 | aliexpress.com/store/5258196 |
| 25 | aliexpress.com/store/5361039 | 26 | aliexpress.com/store/5372132 |
| 27 | aliexpress.com/store/5431250 | 28 | aliexpress.com/store/5434194 |
| 29 | aliexpress.com/store/5485150 | 30 | aliexpress.com/store/5589247 |
| 31 | aliexpress.com/store/5600233 | 32 | aliexpress.com/store/5615156 |
| 33 | aliexpress.com/store/5627395 | 34 | aliexpress.com/store/5719136 |
| 35 | aliexpress.com/store/5733171 | 36 | aliexpress.com/store/5779187 |
| 37 | aliexpress.com/store/5780199 | 38 | aliexpress.com/store/5792294 |
| 39 | aliexpress.com/store/5794172 | 40 | aliexpress.com/store/5796985 |
| 41 | aliexpress.com/store/5797525 | 42 | aliexpress.com/store/5800499 |
| 43 | aliexpress.com/store/5870634 | 44 | aliexpress.com/store/5876683 |
| 45 | aliexpress.com/store/5881844 | 46 | aliexpress.com/store/5883585 |
| 47 | aliexpress.com/store/5885265 | 48 | aliexpress.com/store/5889614 |
| 49 | aliexpress.com/store/5890454 | 50 | aliexpress.com/store/5890678 |
| 51 | aliexpress.com/store/5890986 | 52 | aliexpress.com/store/5892096 |
| 53 | aliexpress.com/store/5892687 | 54 | aliexpress.com/store/5952215 |
| 55 | aliexpress.com/store/5960051 | 56 | aliexpress.com/store/5973257 |
| 57 | aliexpress.com/store/900235257 | 58 | aliexpress.com/store/900236497 |
| 59 | aliexpress.com/store/900241147 | 60 | aliexpress.com/store/900244078 |
| 61 | aliexpress.com/store/900248371 | 62 | aliexpress.com/store/900253297 |
| 63 | aliexpress.com/store/910318272 | 64 | aliexpress.com/store/910318299 |
| 65 | aliexpress.com/store/910340225 | 66 | aliexpress.com/store/910341023 |
| 67 | aliexpress.com/store/910341188 | 68 | aliexpress.com/store/910347100 |
| 69 | aliexpress.com/store/910349112 | 70 | aliexpress.com/store/910349313 |
| 71 | aliexpress.com/store/910353050 | 72 | aliexpress.com/store/910353288 |
| 73 | aliexpress.com/store/910354333 | 74 | aliexpress.com/store/910355245 |
| 75 | aliexpress.com/store/910359416 | 76 | aliexpress.com/store/910362083 |
| 77 | aliexpress.com/store/910363248 | 78 | aliexpress.com/store/910364393 |
| 79 | aliexpress.com/store/910372313 | 80 | aliexpress.com/store/910437146 |
| 81 | aliexpress.com/store/910437162 | 82 | aliexpress.com/store/910438110 |
| 83 | aliexpress.com/store/910438260 | 84 | aliexpress.com/store/910440124 |
| 85 | aliexpress.com/store/910440145 | 86 | aliexpress.com/store/910440253 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 87 | aliexpress.com/store/910442281 | 88 | aliexpress.com/store/910443133 |
| 89 | aliexpress.com/store/910443197 | 90 | aliexpress.com/store/910449057 |
| 91 | aliexpress.com/store/910451139 | 92 | aliexpress.com/store/910453093 |
| 93 | aliexpress.com/store/910453290 | 94 | aliexpress.com/store/910458060 |
| 95 | aliexpress.com/store/910458111 | 96 | aliexpress.com/store/910458308 |
| 97 | aliexpress.com/store/910544032 | 98 | aliexpress.com/store/910545068 |
| 99 | aliexpress.com/store/910547070 | 100 | aliexpress.com/store/910547334 |
| 101 | aliexpress.com/store/910547379 | 102 | aliexpress.com/store/910552249 |
| 103 | aliexpress.com/store/910552398 | 104 | aliexpress.com/store/910557306 |
| 105 | aliexpress.com/store/910559050 | 106 | aliexpress.com/store/910559113 |
| 107 | aliexpress.com/store/910560364 | 108 | aliexpress.com/store/910561259 |
| 109 | aliexpress.com/store/910562377 | 110 | aliexpress.com/store/910564282 |
| 111 | aliexpress.com/store/910564294 | 112 | aliexpress.com/store/910566334 |
| 113 | aliexpress.com/store/910640002 | 114 | aliexpress.com/store/910640012 |
| 115 | aliexpress.com/store/910643048 | 116 | aliexpress.com/store/910652026 |
| 117 | aliexpress.com/store/910656001 | 118 | aliexpress.com/store/910661002 |
| 119 | aliexpress.com/store/910671029 | 120 | aliexpress.com/store/910679005 |
| 121 | aliexpress.com/store/910682016 | 122 | aliexpress.com/store/910699020 |
| 123 | aliexpress.com/store/910713101 | 124 | aliexpress.com/store/910715014 |
| 125 | aliexpress.com/store/910715083 | 126 | aliexpress.com/store/910723059 |
| 127 | aliexpress.com/store/910725135 | 128 | aliexpress.com/store/910726028 |
| 129 | aliexpress.com/store/910731139 | 130 | aliexpress.com/store/910741143 |
| 131 | aliexpress.com/store/910743088 | 132 | aliexpress.com/store/910745157 |
| 133 | aliexpress.com/store/910748169 | 134 | amazon.com/sp?seller=A155LAUQTEH5YQ |
| 135 | amazon.com/sp?seller=A18KO1512YDGVK | 136 | amazon.com/sp?seller=A19KFECBVPTJ7O |
| 137 | amazon.com/sp?seller=A1SQ2WBPZW8OWF | 138 | amazon.com/sp?seller=A1YVIGDURO6A4Q |
| 139 | amazon.com/sp?seller=A25QOQKC6OYRFO | 140 | amazon.com/sp?seller=A260M76HHB464R |
| 141 | amazon.com/sp?seller=A2ZIV4RZXZBJTV | 142 | amazon.com/sp?seller=A36LLQYOBY33LF |
| 143 | amazon.com/sp?seller=A389P3H5J2G3T9 | 144 | amazon.com/sp?seller=A3P80O9C22UV7N |
| 145 | amazon.com/sp?seller=A9KBIN7Z9OHPA | 146 | amazon.com/sp?seller=AMIUHCZM0YXF2 |
| 147 | amazon.com/sp?seller=AQCSQ9WK9XZ1X | 148 | amazon.com/sp?seller=AUUYUKP5WPM2M |
| 149 | wish.com/merchant/546dd1308edcfa6852670402 | 150 | wish.com/merchant/5a2544086ea4a771c4435ab7 |
| 151 | wish.com/merchant/5ad89a4bbeed124c70424787 | 152 | wish.com/merchant/5b421be3d5dbc20a4bc64057 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 153 | wish.com/merchant/5df73c9f10713f058d700257 | 154 | wish.com/merchant/5e4656d53647764e809168af |
| 155 | wish.com/merchant/5e532a11397cba19e2111c92 | 156 | wish.com/merchant/5e5f2a06a7006c0a00277c24 |
| 157 | wish.com/merchant/5e60d38ccdcece6a80840f44 | 158 | wish.com/merchant/5e61b15b039ce203cf0ed4fb |
| 159 | wish.com/merchant/5e61cf48c6cc3a1be789c6c2 | 160 | wish.com/merchant/5e63014000ff3708078f6e6f |
| 161 | wish.com/merchant/5e632e9a00ff3733d48f3bfe | 162 | wish.com/merchant/5e6338c91c32cb3a0111a029 |
| 163 | wish.com/merchant/5e6361522fdc775965e15e53 | 164 | wish.com/merchant/5e6364f22724a85992dc4b37 |
| 165 | wish.com/merchant/5e650f742fdc778172e15b31 | 166 | wish.com/merchant/5e65db562724a8081adc4c36 |
| 167 | wish.com/merchant/5e65e40d9828650f12847c2b | 168 | wish.com/merchant/5e65f66829e7863b0009e354 |
| 169 | wish.com/merchant/5e66f31348763f284cd53613 | 170 | wish.com/merchant/5e66f9ce0d422302885b52e3 |
| 171 | wish.com/merchant/5e670c373cce5a3beff6fca5 | 172 | wish.com/merchant/5e671a1948b5870d004cc1de |
| 173 | wish.com/merchant/5e67257a3cce5a15027de33 | 174 | wish.com/merchant/5e672ecd3cce5a5589f6ff5b |
| 175 | wish.com/merchant/5e67382bfc578f0ec19398e3 | 176 | wish.com/merchant/5e674089bd473e6556b97ec7 |
| 177 | wish.com/merchant/5e684b992fb13f2d090a9751 | 178 | wish.com/merchant/5e6874899145ad4a2c972f6a |
| 179 | wish.com/merchant/5e688b18f2699a31c2c46b79 | 180 | wish.com/merchant/5e69b2a75098723afeac653b |
| 181 | wish.com/merchant/5e69f984188644745ec77b0a | 182 | wish.com/merchant/5e6aebd556d60201e96b00f6 |
| 183 | wish.com/merchant/5e99086a24f80d052f3cd99e | 184 | wish.com/merchant/5e9ab0dff5b57caf77119153 |
| 185 | wish.com/merchant/5e9f5ed64d810196f94b79e7 | 186 | wish.com/merchant/5ea01020006fdba2b3ee20d5 |
| 187 | wish.com/merchant/5ea2b35d7c1b816b0095dda2 | 188 | wish.com/merchant/5ea2b5f041e7f07ad0ad7cb5 |
| 189 | wish.com/merchant/5ea2bbbdd6b29e320e82e335 | 190 | wish.com/merchant/5ef9b58c0c2956ca4c434cd5 |
| 191 | wish.com/merchant/5f0972046e3a92a2385f06d6 | 192 | wish.com/merchant/5f2fb9ae62947d677a6d36db |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 193 | wish.com/merchant/5f5075dc573d15a3bdd726fd | 194 | wish.com/merchant/5f536f94b980b25c23088676 |
| 195 | wish.com/merchant/5f549ef65118eda68e60aabd | 196 | wish.com/merchant/5f560b52a8d7fd87b659fb22 |
| 197 | wish.com/merchant/5f586b703cef2cfa24004f16 | 198 | wish.com/merchant/5f58876d810d66e03a32e87f |
| 199 | wish.com/merchant/5f58888871b0f0a04ec580c4 | 200 | wish.com/merchant/5f58d2b316e9454dc716fc12 |
| 201 | wish.com/merchant/5f6149125fc755adc80c10c4 | 202 | wish.com/merchant/5f6cd56cfc3949003f8cc8ff |
| 203 | wish.com/merchant/5f7074a64d01007f47a4318c | 204 | wish.com/merchant/5f7478c32f6e145b335ef5e6 |
| 205 | wish.com/merchant/5f7f82465d5b822b4e5c4ee3 | | |